Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−30473−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kendall M. Montel
   dba Monty Carpentry LLC
   84 N. Cedar Ave
   Bellmawr, NJ 08031

Social Security No.:
   xxx−xx−8518

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/11/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 11, 2019
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-30473-ABA
Kendall M. Montel                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
```
db            +Kendall M. Montel,    84 N. Cedar Ave,    Bellmawr, NJ 08031-1440
517812802     +602 Pacific Street Realty LLC,    602 Pacific Street,    Brooklyn, NY 11217-2008
517812806     +AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517812804      American InfoSource LP as agent for,    MIDLAND FUNDING LLC,    PO BOX 26891,
                Oklahoma City, OK 73126-8941
517812808     +BOROUGH OF BELLMAWR,    21 East Browning Road,    Bellmawr, NJ 08031-2327
517812809     +Burlington FCU,    1130 N. Glebe Road,    Arlington, VA 22201
517927232     +CAMDEN COUNTY MUA,    1645 FERRY AVE,    CAMDEN NJ 08104-1311
517812810      CCMUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
517812814     +Cheryl Green,    PO Box 285,    Franklinville, NJ 08322-0285
517812811     +Credit Acceptance Corp,    25505 W 12 Mile Road,    #3000,    Southfield, MI 48034-8331
517812807     +Darryl Aye,    120 Alcott Place,    Bronx, NY 10475-4201
517812813      Emerg Phy Assoc of South Jersey PC,    Po Box 740021,    Cincinnati, OH 45274-0021
517812815     +H&H Inv-Harrsion, Assignee,    Cheryl A. Green,    412 Swedesboro Road,
                Mullica Hill, NJ 08062-1816
517812816     +Hoffman, Dimuzio & Hoffman,    Counsel for Cheryl Green,    515 Woodbury-Glassboro Road,
                PO Box 482,    Sewell, NJ 08080-0482
517812821     +Internal Revenue Service,    Attny General, Dept of Justice,    Ben Franklin Station,
                P.O. Box 683,    Washington, DC 20044-0683
517812822     +Kristina G. Murtha, Esquire,    KML Law Group PC,    216 Haddon Ave, Ste 406,
                Collingswood, NJ 08108-2812
517812824     +Legacy Construction Company Inc,    213 Church Road,    Medford, NJ 08055-9633
517812826      REGIONAL SEWER SERVICE INVOICE,    PO BOX 1105,    Bellmawr, NJ 08099-5105
517812827      SALLIE MAE,    3000 COMMERCE PKWY,    Mount Laurel, NJ 08054
517812828    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation Bankruptcy Dept,
                50 Barrack Street, 9th FL,    P.O. Box 245,    Trenton, NJ 08695-0245)
517812829     +State of NJ Division of Taxation,    NJ Attorney General’s Office-Law Div,
                Richard J. Hughes Justice Complex,    25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 00:25:26     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 00:25:23      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517812803     +EDI: AFNIRECOVERY.COM Mar 12 2019 03:58:00      Afni, Inc,    PO Box 3667,
                Bloomington, IL 61702-3667
517812805      EDI: AIS.COM Mar 12 2019 03:58:00      American InfoSource LP as agent for,    VERIZON,
                PO BOX 248838,    Oklahoma City, OK 73124-8838
517890327     +EDI: ATLASACQU.COM Mar 12 2019 03:58:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
517812812      E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2019 00:24:57     DITECH FINANCIAL LLC,
                ATTN: BANKRUPTCY DEPT,    PO BOX 6154,    Rapid City, SD 57709-6154
517933186      E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2019 00:24:57     Ditech Financial LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
517812817     +EDI: HFC.COM Mar 12 2019 03:58:00      HSBC BANK,    PO BOX 5253,    Carol Stream, IL 60197-5253
517812818     +EDI: IIC9.COM Mar 12 2019 03:58:00      IC Systems Inc,    444 HIGHWAY 96 EAST,    PO BOX 64378,
                Saint Paul, MN 55164-0378
517812819      EDI: IRS.COM Mar 12 2019 03:58:00      Internal Revenue Service,    Bankruptcy Dept,
                PO Box 7346,    Philadelphia, PA 19101-7346
517931586      EDI: RESURGENT.COM Mar 12 2019 03:58:00      LVNV Funding, LLC,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
517812825     +E-mail/Text: bankruptcy@pseg.com Mar 12 2019 00:24:22     PSE&G,    Attn: Bankruptcy Dept,
                PO Box 490,    Cranford, NJ 07016-0490
517925773     +EDI: AIS.COM Mar 12 2019 03:58:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517814760       DUANE MONTEL,   N/A
517812820*     +Internal Revenue Service,    United States Attorney,    Peter Rodino Federal Building,
                970 Broad Street, Suite 700,    Newark, NJ 07102-2527
517812823    ##+Law Office of Thomas Booth, Jr., LLC,    129 West Exesham Road,    Voorhees, NJ 08043-1029
                                                                                  TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: 148               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kimberly A. Wilson    on behalf of Debtor Kendall M. Montel wilson.schroedinger@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```